**The Honorable Christopher M Alston**
**Chapter 7**
**Hearing Location: Telephonic**
**Hearing Date: December 4, 2020**
**Hearing Time: 9:30 a.m.**
**Response Date: November 27, 2020**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

Willie James Echols

              Debtor.

CASE NO.: 19-10359-CMA

Chapter: 7

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY MONTANA FUNDING, LLC

Under penalty of perjury, the undersigned hereby declares as follows:

1.     As to the following facts, I know them to be true of my own personal knowledge, based upon the review of the business records, and if called upon to testify in this action, I could and would testify competently thereto.

2.     The real property involved in this motion is commonly known as 318 South 104th Street, Seattle, Washington 98168.

3.     I am an employee for Eastside Funding, LLC.  I am duly authorized to make this declaration on behalf of Movant.

4.     I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained.  Those records are obtained, prepared, and maintained by employees or agents of Movant in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon.  The records are made either by persons with

ZBS Law, LLP
11335NE 122nd, Suite 105
Kirkland, Washington 98043

knowledge of the matters they record or form information obtained by persons with such knowledge. I have knowledge of and/or access to the business records. I have personally reviewed the business records related to this loan prior to executing this declaration.

5.     Movant is, either directly or through the use of a designated custodian, in possession of the original Promissory Note dated November 9, 2018, in the principal amount of $280,154.36, which is secured by a Deed of Trust encumbering the Property.  The Note has not been subsequently assigned or transferred to any other person or entity since assignment and transfer to Movant. Movant is entitled to receive payments under the Note and Deed of Trust.

6.     Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7.     The following documents evidencing the loan, including the Note and Deed of Trust, are attached as Exhibits hereto. Attached as Exhibit is an imaged copy of the Movant's file copy of the Promissory Note.

     a.  Exhibit 1 – Note.

     b.  Exhibit 2 – Deed.

     c.  Exhibit 3 – Assignment of Deed of Trust.

     d.  Exhibit 4 – Debtor's Schedules A/B

8.     Movant uses the standard practices of the mortgage lender industry.  A payment received is applied to the account and credited to the next due payment.  For example, payment received in December will be applied to the November payment if no payment had been received in November.

9.     As of October 21, 2020, Movant's records on the loan that is the subject of this motion shows that the loan is due in full as the Note matured on June 7, 2019. There is currently a total balance owing in the amount of $361,706.33.

ZBS Law, LLP
11335NE 122nd, Suite 105
Kirkland, Washington 98043

1      10.     As of October 21, 2020, the unpaid principal balance on the loan is $280,154.36

2 and the approximate total payoff amount is $361,706.33.

3      I declare on penalty of perjury under the laws of the United States of America the foregoing

4 is true and correct.

5      Executed on _10/28/20_ at _Kirkland, WA_ .

6

7      _____

8      Signature
     **Michael Wesolowski**

9      Printed Name
     _Authorized Signor_

10      Title   _Asset Manager_

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28