**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Willie James Echols,<br><br>        Debtor. | CASE NO.: 19-10359-CMA<br><br>Chapter: 7<br><br>ORDER GRANTING MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY MONTANA FUNDING, LLC |

This matter came before the Court upon Montana Funding, LLC ("Creditor")'s motion for relief from stay. The Court Considered the motion and any opposition thereto and the matters on record. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Creditor's motion and further as to the property located at **318 South 104th Street, Seattle, Washington 98168** ("Property") and legally described as set forth in the Deed of Trust attached to the declaration on file with the court.

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Creditor, so that it may pursue any and all contractual and statutory remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that

is the subject of Creditor's motion. Creditor, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor(s) via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement. It is also ordered that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this Court.

/// End of Order ///

Presented By:

By: /s/ Scott D. Crawford
Scott D. Crawford, SBN 34978
Attorney for Movant.