**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

13 | In re:

14 | Willie James Echols,

15 |

16 |                           Debtors.

17

Bankruptcy No. 19-10359-CMA

Chapter 7

**ORDER ABANDONING BANKRUPTCY ESTATE'S INTEREST IN DEBTOR'S PROPERTY**

18      THIS matter having come before the Court upon motion of the debtor, by and

19 through his attorney of record, N. Brian Hallaq, of the Hallaq Law firm, and the Court

20 having reviewed the motion, exhibits, and having reviewed the files and records herein,

21 deeming itself advised, it is therefore

22      ORDERED, ADJUDGED and DECREED that the bankruptcy estate's interest

23 in all the debtor's scheduled assets, including but not limited to the debtor's real property

24 located at 318 South 104th Street, Seattle, Washington, 98168 and the debtor's claims

25 for legal malpractice are hereby abandoned pursuant to 11 U.S.C. §554(b).

ORDER TO ABANDON - 1

**H|L HALLAQ LAW**
40 Lake Bellevue Drive │ Suite 100
Bellevue, WA 98005
Tel : (206) 751-6643 │ hallaqlaw@gmail.com

1  DATED this 18th day of June, 2021.

2

3                    ---END OF ORDER---

4

5  Presented by:
   Hallaq Law, PLLC
6

7
    /s/  N. Brian Hallaq
8  N. Brian Hallaq, WSBA #29621
   Attorney for the Debtor
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO ABANDON - 2



40 Lake Bellevue Drive │ Suite 100
Bellevue, WA 98005
Tel : (206) 751-6643 │ hallaqlaw@gmail.com